# IN THE SUPREME COURT OF THE STATE OF NEVADA

COREY JODOIN, INDIVIDUALLY;
AND BRANDI JODOIN,
INDIVIDUALLY,
                          Appellants,
vs.
NAC FOUNDATION, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
                          Respondent.

No. 83476

FILED

JAN 2 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Adriana Escobar, District Judge
     Michael H. Singer, Settlement Judge
     Alverson Taylor & Sanders
     Garman Turner Gordon
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-02124